# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMI KANDEL, MOCHA GUNARATNA, and RENEE CAMENFORTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DR. DENNIS GROSS SKINCARE, LLC, a New York Limited Liability Company,<br><br>Defendant. | Case No. 1:23-cv-01967-ER<br><br>**FINAL JUDGMENT**<br><br>Honorable Edgardo Ramos |

# **FINAL JUDGMENT**

For the reasons set forth in this Court's Final Approval Order, in the above-captioned matter as to the following class of persons:

> All persons in the United States who, between March 10, 2016 and June 28, 2024 purchased in the United States, for personal or household consumption and not for resale or distribution, one of the Class Products.

Excluded from the Settlement Class are: (1) the presiding judges in the Actions; (2) any member of those judges' immediate families; (3) Defendant; (4) any of Defendant's subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns; (5) counsel for the Parties; and (6) any persons who timely opt-out of the Settlement Class.

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to the above-specified class of persons and entities, Plaintiffs Mocha Gunaratna, Renee Camenforte, and Jami Kandel (collectively "**Plaintiffs**" or "**Settlement Class Representatives**") and Defendant Dr. Dennis Gross Skincare, LLC ("**Defendant**") on the terms and conditions of the Class Action Settlement Agreement (the "**Settlement Agreement**") approved by the Court's Final Approval Order, dated  October 31, 2024 .

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement incorporated into the Final Approval Order.

2. All Released Claims of the Releasing Persons are hereby released as against Defendant and the Released Persons, as defined in the Settlement Agreement.

3. The claims of Plaintiffs and the Settlement Class Members are dismissed with prejudice in accordance with the Court's Final Approval Order.

4.  The Parties shall bear their own costs and attorneys' fees, except as set forth in the Final Approval Order.

5.  This Judgment adopts and incorporates the reasonable attorneys' fees, costs, and service awards as set forth in the Final Approval Order.

6.  This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7.  The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs, the Settlement Class Members, and Defendant. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED.**

**JUDGMENT ENTERED** this  October 31, 2024 .

_____
The Honorable Edgardo Ramos
United States District Judge

New York, New York